

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BLACK MOUNTAIN OPERATING, LLC, | § | |
| | § | |
| Appellant, | | No. 08-25-00072-CV |
| | § | |
| v. | | Appeal from the |
| | § | |
| JOHN F. STEVENSON, BORDEN | | 143rd District Court |
| W. STEVENSON, JOAN PIRIE | § | |
| LECLERC, JOHN T. PIRIE, | | of Reeves County, Texas |
| SOPHIE H. PIRIE, BLAKE OIL | § | |
| AND GAS CORPORATION, MDJ | | (TC# 21-06-24028-CVR) |
| MINERALS, L.L.P., WADE P. | § | |
| KOEHL, and MIDLAND AOG | | |
| PARTNERS, LTD., | § | |
| | | |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 19th day of March 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.